UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

THE ESTATE OF ANTHIONY BARRÉ            C.A.: 17-01057-NJB-MBN
AND ITS SOLE HEIR, ANGEL BARRÉ

VERSUS

BEYONCÉ KNOWLES CARTER, ET AL

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF BEYONCÉ KNOWLES CARTER, ASPIRO AB, KHALIF BROWN, EARDRUMMERS ENTERTAINMENT, LLC, EARDRUMMERS MUSIC PUBLISHING, LLC, ASHETON HOGAN, PARKWOOD ENTERTAINMENT, LLC, SONY MUSIC ENTERTAINMENT AND WB MUSIC CORPORATION**

Beyoncé Knowles Carter, Aspiro AB, Khalif Brown, Eardrummers Entertainment, LLC, Eardrummers Music Publishing, LLC, Asheton Hogan, Parkwood Entertainment, LLC, Sony Music Entertainment and WB Music Corporation (hereinafter collectively referred to as "Defendants"), pursuant to Local Civil Rules 7.3 and 7.8 and Federal Rule of Civil Procedure 6(b), move this Court for an extension until April 13, 2017 to answer or otherwise plead in response to the Complaint, for the following reasons:

1.

On February 6, 2017, Plaintiffs filed a Complaint against numerous parties, including Defendants.

2.

Summons were issued on or about February 13, 2017 and served on Defendants between February 16, 2017 and February 23, 2017.

3.

Pursuant to Rule 12(a)(1), Federal Rules of Civil Procedure, an answer to a summons and complaint should be filed within 21 days of service, making the initial deadlines for responsive pleadings March 9 and March 16.

4.

To avoid the filing of duplicative pleadings and to align the responsive pleading deadline for all Defendants, counsel requests that an extension of thirty (30) days until April 14, 2017, from the latest, initial responsive pleading deadline of March 16, 2017 be granted to file responsive pleadings.

5.

If waiver of service had been effected pursuant to Federal Rule of Civil Procedure 4(d), the initial deadline for filing responsive pleadings would have been April 19, 2017 and with the 21-day extension allowed by LR 7.8, May 10, 2017 would be the deadline for filing responsive pleadings.

6.

Counsel for Plaintiffs has agreed to the Defendants' request for an extension until April 14, 2017.

7.

No prior extensions to plead have been requested by Defendants, and Plaintiffs have not filed in the record an objection to an extension, and in fact has consented to this request. This extension will not unduly delay these proceedings.

8394751_1

**WHEREFORE,** Beyoncé Knowles Carter, Aspiro AB, Khalif Brown, Eardrummers Entertainment, LLC, Eardrummers Music Publishing, LLC, Asheton Hogan, Parkwood Entertainment, LLC, Sony Music Entertainment and WB Music Corporation request an extension of time until April 14, 2017 within which to file responsive pleadings or otherwise respond to the Complaint.

Respectfully submitted:

s/Bradley C. Myers
Bradley C. Myers (#1499)
Katie D. Bell (#29831)
Amanda Collura-Day (#33777)
**KEAN MILLER LLP**
II City Plaza, 400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Fax: (225) 388-9133

*Attorneys for Beyoncé Knowles Carter, Aspiro AB, Khalif Brown, Eardrummers Entertainment, LLC, Eardrummers Music Publishing, LLC, Asheton Hogan, Oakland 13 Music, Parkwood Entertainment, LLC, Sony Music Entertainment and WB Music Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017 the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 9th day of March, 2017.

                                                        s/Bradley C. Myers
                                                         Bradley C. Myers