UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

THE ESTATE OF ANTHIONY BARRÉ        C.A.: 17-01057-NJB-MBN
AND ITS SOLE HEIR, ANGEL BARRÉ

VERSUS

BEYONCÉ KNOWLES CARTER, ET AL

## ORDER

Upon motion of Beyoncé Knowles Carter, Aspiro AB, Khalif Brown, Eardrummers Entertainment, LLC, Eardrummers Music Publishing, LLC, Asheton Hogan, Parkwood Entertainment, LLC, Sony Music Entertainment and WB Music Corporation for an extension of time to file responsive pleadings to the Complaint;

**IT IS ORDERED** that Beyoncé Knowles Carter, Aspiro AB, Khalif Brown, Eardrummers Entertainment, LLC, Eardrummers Music Publishing, LLC, Asheton Hogan, Parkwood Entertainment, LLC, Sony Music Entertainment and WB Music Corporation be granted until April 14, 2017 within which to file responsive pleadings to the Complaint.

New Orleans, Louisiana, this 10th day of March, 2017.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

8394751_1