UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE ESTATE OF ANTHONY BARRÉ<br>and HIS SOLE HEIR, ANGEL BARRÉ,<br>PLAINTIFFS | * * * * | CIVIL ACTION NO 17-1057<br>JUDGE<br>NANNETTE JOLIVETTE BROWN |
| VERSUS | * * | |
| BEYONCÉ KNOWLES CARTER,<br>*ET AL.*,<br>DEFENDANTS | * * * * | MAGISTRATE JUDGE<br>MICHAEL NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court having considered the *ex parte* motion by Defendants, Pretty Bird Pictures, Inc. and Melina Matsoukas, for an extension of time of 21 days, from the time their responsive pleadings otherwise would be due, in which to file responsive pleadings,

**IT IS ORDERED** that the Motion is **GRANTED** and that Defendants, Pretty Bird Pictures, Inc. and Melina Matsoukas, are allowed an extension of time of 21 days, from the time their responsive pleadings otherwise would be due, in which to file responsive pleadings.

SIGNED in New Orleans, Louisiana this 10th day of March, 2017.

**NANNETTE JOLIVETTE BROWN**
**United States District Judge**