UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE ESTATE OF ANTHONY BARRÉ AND HIS SOLE HEIR, ANGEL BARRÉ | * * * | CIVIL ACTION NO. 17:1057 |
| VERSUS | * * | JUDGE: NANNETTE JOLIVETTE BROWN |
| BEYONCÉ KNOWLES CARTER, *et al.* | * * | MAGISTRATE JUDGE: MICHAEL NORTH |

* * * * * * * * * * *

## *EX PARTE* MOTION FOR LEAVE TO FILE
## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants, Beyoncé Knowles Carter, Parkwood Entertainment, Sony Music Entertainment, Michael L. Williams III, Khalif Brown, Asheton Hogan, Eardrummers Entertainment, Eardrummers Music Publishing, Oakland 13 Music, Warner-Tamerlane Publishing Corp., WB Music Corporation, Aspiro AB, Pretty Bird Pictures, and Melina Matsoukas ("Defendants"), who move the Court for leave to file the attached Notice of Supplemental Authority in support of their motion to dismiss.[1]

The submission date for Defendants' motion to dismiss was June 7, 2017.[2] On June 14, 2017, Judge Robert C. Jones of the United States District Court for the District of Nevada issued an Order in *Corbello v. DeVito*, case number 08-0867. The Order in *Corbello* addresses issues that are before this Court in this matter, concluding that the copyright defense of "fair use" can be decided as a matter of law and discussing at length the application of the four-factor test for deciding fair use.

Defendants seek leave of Court to file their Notice of Supplemental Authority and bring the Order in *Corbello* to the attention of the Court.

---

[1] Docket document 50.
[2] Docket document 71.

Respectfully submitted,

**PHELPS DUNBAR LLP**

/s/ *Mary Ellen Roy*

Mary Ellen Roy, T.A. (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
roym@phelps.com
dan.zimmerman@phelps.com

Alonzo Wickers IV (*pro hac vice*)
Nicolas A. Jampol (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
Telecopier: (213) 633-6899
alonzowickers@dwt.com
nicolasjampol@dwt.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 20th day of June, 2017 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *Mary Ellen Roy*