UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ESTATE OF ANTHONY BARRÉ AND HIS SOLE HEIR, ANGEL BARRÉ, <br><br> VERSUS <br><br> BEYONCÉ KNOWLES CARTER, *et al.* | * CIVIL ACTION NO. 17:1057 <br> * <br> * JUDGE: <br> * NANNETTE JOLIVETTE <br> * BROWN <br> * <br> * MAGISTRATE JUDGE: <br> * MICHAEL NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOW INTO COURT, through undersigned counsel, come plaintiffs the Estate of Anthony Barré and Angel Barré, and defendants Beyoncé Knowles Carter, Parkwood Entertainment, LLC, Sony Music Entertainment, Michael L. Williams II, Khalif Brown, Asheton Hogan, Eardrummers Entertainment, LLC, Eardrummers Music Publishing, LLC, Oakland 13 Music, Warner-Tamerlane Publishing Corp., WB Music Corp., Aspiro AB, Prettybird LLC, and Melina Matsoukas and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of all claims asserted in this action. Each party is to bear its own costs and attorneys' fees. This stipulation of dismissal disposes of and dismisses this action in its entirety.

A proposed Order for Dismissal with Prejudice is tendered with this Stipulation.

DATED: February  5 , 2018.                                    Respectfully submitted,

**RODNEY & ETTER, LLC**                                       **PHELPS DUNBAR LLP**

  /John K. Etter/                                             /s/ *Mary Ellen Roy*
ROY J. RODNEY, JR. (#2079)                                    Mary Ellen Roy, T.A. (La. Bar #14388)
JOHN K. ETTER (#25042)                                        Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2690                                  365 Canal Street, Suite 2000
New Orleans, LA  70130                                        New Orleans, Louisiana 70130-6534
Telephone: (504) 483-3224                                     Telephone: (504) 566-1311
Facsimile: (504) 483-2259                                     Telecopier: (504) 568-9130
E-Mail: rjr@rodneylaw.com                                     roym@phelps.com
E-Mail: jke@rodneylaw.com                                     dan.zimmerman@phelps.com

**ATTORNEYS FOR PLAINTIFFS**
                                                                           and

                                                              Alonzo Wickers IV
                                                              (*pro hac vice*)
                                                              Nicolas A. Jampol
                                                              (*pro hac vice*)
                                                              Cydney Swofford Freeman
                                                              (*pro hac vice*)
                                                              **DAVIS WRIGHT TREMAINE LLP**
                                                              865 S Figueroa Street, Suite 2400
                                                              Los Angeles, CA 90017
                                                              Telephone: (213) 633-6800
                                                              Telecopier: (213) 633-6899
                                                              alonzowickers@dwt.com
                                                              nicolasjampol@dwt.com
                                                              cydneyfreeman@dwt.com

                                                              **ATTORNEYS FOR DEFENDANTS**

JOINT STIPULATION OF DISMISSAL
4814-1518-3706v.3 0108732-000001